## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No:  22-14366 |
| SALVADOR S DUQUE, MARTHA YOLANDA DUQUE, | Chapter 7 |
| | Judge: Timothy A Barnes |
| Debtor(s). | |

## <u>NOTICE OF MOTION</u>

TO:  See attached list

PLEASE TAKE NOTICE that on 01/11/2023 at 9:00 a.m., I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present a Motion for Relief from Stay, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 161 329 5276 and the password is 433658.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:  _/s/__Susan Notarius_____
Susan Notarius, ARDC # 6209646
Counsel for Movant

Kluever Law Group, LLC
225 West Washington Street Suite 1550
Chicago, IL 60606
312-236-0077

## <u>CERTIFICATE OF SERVICE</u>

      I, Joe Miera, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on the Trustee and via the Court's ECF electronic notice on December 23, 2022 and to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 9620 Ridgehaven Court, Suite A, San Diego, CA 92123 before the hour of 5:00 PM on December 23, 2022.

                                             _____
                                 A non-attorney

Kluever Law Group, LLC
225 West Washington Street Suite 1550
Chicago, IL 60606
312-236-0077

## <u>SERVICE LIST</u>

Salvador S Duque
7147 S Francisco Av. #1
Chicago, IL 60629

Martha Yolanda Duque
7147 S Francisco Av. #1
Chicago, IL 60629

Ariane Holtschlag
FactorLaw
105 W. Madison Suite 1500
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No:  22-14366 |
| SALVADOR S DUQUE, MARTHA YOLANDA DUQUE, | Chapter 7 |
| | Judge: Timothy A Barnes |
| Debtor(s). | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4, ("Movant") moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to real property of the Debtors located at 4364 Lugo Ave, Chino Hills, CA 91709 (the "Property") and in support of this Motion, Movant respectfully states:

1.      Debtors filed a petition under Chapter 7 of the United States Bankruptcy Code on December 13, 2022.

2.      Debtor Salvador S. Duque executed the Promissory Note, (the "Note") in the original principal amount of $380,000.00. A copy of the Note is attached hereto.

3.      Movant is a secured creditor as to the Property by virtue of the Note and a properly perfected mortgage dated March 23, 2007, (the "Mortgage"). A copy of the Mortgage and assignment is attached hereto.

4.      Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4 is an entity who has the right to foreclose the Mortgage.

5.      Select Portfolio Servicing, Inc. services the loan on the Property.

6.      The Mortgage payments are in default as follows:

| Number of Missed/Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 1 | 06/01/2022 | 06/01/2022 | $1,796.43 | $1,796.43 |
| 6 | 07/01/2022 | 12/01/2022 | $1,831.46 | $10,988.76 |
| Less partial payments: | | | | $0.00 |

Total: $12,785.19

7.      The estimated market value of the Property is $387,041.00.  The basis for such valuation is Schedule A.

8.      The outstanding balance on Movant's loan is $397,637.44 as of December 22, 2022.

9.      Sufficient cause exists for this Court to grant Movant Relief from Stay.

10.     Movant's interest in the Property is not adequately protected because the value of the property is less than the loan balance and the debt is not being serviced.

11.     Movant's interest will be irreparably harmed if the Stay continues in effect.

WHEREFORE, Movant requests this Court enter an Order terminating or modifying the stay as follows:

A.      Relief from the Stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies against the Property located at 4364 Lugo Ave, Chino Hills, CA 91709;

B.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived or deemed not applicable; and

C.    For such other relief as the Court deems proper.


                                            /s/ Susan Notarius
                                            _____
                                            Susan Notarius,
                                            ARDC # 6209646
                                            Counsel for Movant



Kluever Law Group, LLC
225 West Washington Street Suite 1550
Chicago, IL 60606
312-236-0077
Our File #: SPS001809-22BK1